IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02437-CMA-BNB

DAVID TUEFEL,

Plaintiff,

v.

SHARPSHOOTER SPECTRUM VENTURE LLC,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Vacate and Reset Scheduling Conference** [docket no. 9, filed November 2, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for December 2, 2010, is **vacated and reset to December 14, 2010, at 1:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **December 7, 2010**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  November 2, 2010