IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02437-CMA-BNB

DAVID TUEFEL,

Plaintiff,

v.

SHARPSHOOTER SPECTRUM VENTURE LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Take Deposition Out of Time** [docket no. 22, filed March 16, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended for the sole purpose of taking the deposition of Roxane Plant which may be taken on or before **March 24, 2011**.

DATED:  March 17, 2011