IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 10-cv-02437-WJM-BNB

DAVID TEUFEL,

    Plaintiff,

vs.

SHARPSHOOTER SPECTRUM VENTURE LLC,

    Defendant.

## MOTION TO STRIKE MOTION FOR SUMMARY JUDGMENT

Plaintiff David Teufel, by and through his attorney, Robert M. Liechty of CROSS LIECHTY LANE PC, moves to strike defendant's Motion for Summary Judgment because it exceeds the 20 pages set forth in this Court's Procedures, ¶ 6.2. The substantive part of the Motion was 31 pages long. Defendant filed 148 paragraphs of facts. Mr. Teufel submits that if defendant refiles the motion in compliance with this Court's rule, the true issues in this case will be better focused, thus reducing the work by the Court.

WHEREFORE, plaintiff respectfully requests that this Court strike the Motion for Summary Judgment.

Respectfully submitted this May 24, 2011.

CROSS LIECHTY LANE PC


By:   s/     *Robert M. Liechty*
      Robert M. Liechty
      7100 E. Belleview Ave., Suite G-11
      Greenwood Village, Colorado 80111
      Tel:  (303) 333-4122
      Email:  rliechty@crossliechty.com

      ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

I hereby certify that on this May 24, 2011, a true and correct copy of the above and foregoing **MOTION TO STRIKE MOTION FOR SUMMARY JUDGMENT** was, unless otherwise indicated, filed electronically with the Court who provides notice to the following:

Raymond M. Deeny, Esq.
Elizabeth B. Chilcoat, Esq.
SHERMAN & HOWARD, LLC
633 Seventeenth St., Suite 3000
D.C. Box 12
Denver, Colorado 80202


                        s/    *Linda L. DeVico*